ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Leebcor Services, LLC | ) ASBCA Nos. 63902, 63903, 63904 |
| | )                63905, 63906, 63907 |
| | ) |
| Under Contract No. N69450-16-D-1113 | ) |
|           T.O. N69450-21-F-0112 | ) |

APPEARANCES FOR THE APPELLANT:    Patrick K. Burns, Esq.
                                       Jeremy D. Camacho, Esq.
                                         Gordon Rees Scully Mansukhani LLP
                                       Alexandria, VA

APPEARANCES FOR THE GOVERNMENT:  Craig D. Jensen, Esq.
                                         Navy Chief Trial Attorney
                                       David M. Ruddy, Esq.
                                       Trial Attorney

ORDER OF DISMISSAL

The Board docketed these appeals on May 16, 2024. By letter dated July 2, 2024, prior to the government filing its Rule 4 file and answer, the parties jointly requested that these appeals be dismissed without prejudice. Accordingly, these appeals are dismissed from the Board's docket without prejudice. *See TTF, L.L.C.*, ASBCA No. 58494, 13-1 BCA ¶ 35,343 at 173,464.

Dated: July 11, 2024

OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 63902, 63903, 63904, 63905, 63906, 63907, Appeals of Leebcor Services, LLC, rendered in conformance with the Board's Charter.

Dated:  July 11, 2024

_for Jammye D. Abbott_

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals